IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

STEPHEN WIGLEY and
CAROLYN WIGLEY

Plaintiffs

VS.                                              No. 2:15-cv-02473-STA-cgc

AMERICAN EQUITY MORTGAGE, INC
AND BANK OF NEW YORK MELLON, AS TRUSTEE
FOR CERTIFICATE HOLDERS OF THE CWABS, ASSET-BACKED
CERTIFICATES 2004-7,

Defendants

### RESPONSE TO BANK OF NEW YORK MELLON'S MOTION TO DISMISS

COMES NOW THE PLAINTIFF, by and through undersigned counsel and pursuant to FRCP 12 and files herewith his Response to Bank of New York's Motion to Dismiss and in support thereof states as follows:

1. Plaintiff incorporates the Memorandum in Support of Response to Bank of New York's Motion to Dismiss filed contemporaneously herewith as if fully set forth herein.

WHEREFORE PREMISES CONSIDERED, Plaintiff urges the Court to find that that US Plaintiffs have plead sufficient facts to plausibly sustain a viable legal theory. Accordingly, the Court should deny Bank of New York Mellon's Motion.

Respectfully Submitted,

/s/ Drayton D. Berkley
DRAYTON D. BERKLEY, ESQ.
(BPR 022601)
119 South Main, Suite 500

Memphis, Tennessee 38103
Telephone: (901) 322-8706
Fax: (901) 881-0316
e-mail: attorneyberkley@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the foregoing has been served upon counsel for the defendants in the U.S. Mail, first class postage paid, or e-mail and properly addressed or hand-delivery to:

Mr. Kavita Shelat, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103
Attorneys for Bank of New York


This the 13th day of October 2015.

/s/ Drayton D. Berkley
DRAYTON D. BERKLEY, ESQ.